**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 462 EAL 2014
                         :
            Respondent      :
                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court
            v.                  :
                         :
                         :
JERMAIN JACKSON,           :
                         :
            Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.